Docusign Envelope ID: FE28C183-C9AD-434B-9EAD-B85885F2D29A

**FILED - WAWB**
**MAY 23 2025 9:31 AM**
**Gina Zadra Walton, Clerk of Court**

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____  Chapter  __7__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Zomega LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | None |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **12902 SE 312th St Apt T103** <br> **Auburn, WA 98092** <br> Number, Street, City, State & ZIP Code <br><br> **King** <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **928 Mosier Ferndale, WA 98248** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Docusign Envelope ID: FE28C183-C9AD-434B-9EAD-B85885F2D29A

Debtor **Zomega LLC**
Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Docusign Envelope ID: FE28C183-C9AD-434B-9EAD-B85885F2D29A

| Debtor | **Zomega LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
 Contact name _____
 Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
X $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
X $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 22, 2025**
MM / DD / YYYY

X _DocuSigned by: [signature] A447763809D424EF_  
Signature of authorized representative of debtor

**Alexis Rodriguez Vasquez**
Printed name

Title  **Manager**

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date _____
MM / DD / YYYY

Printed name _____

Firm name _____

**2**
Number, Street, City, State & ZIP Code

Contact phone _____  Email address _____

Bar number and State _____

## Western District of Washington

In re    **Zomega LLC**                                        Case No.

Debtor(s)          Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 22, 2025**

DocuSigned by:
*[signature]*
A44763809D424EF...

**Alexis Rodriguez Vasquez/Manager**
Signer/Title

Docusign Envelope ID: FE28C183-C9AD-434B-9EAD-B85885F2D29A

```
GUILD MORTGAGE COMPANY
PO BOX 85046
SAN DIEGO, CA 92186

QUALITY LOAN SERVICE CORPORATI
2763 CAMINO DEL RIO SOUTH
SAN DIEGO, CA 92108
```

# MANAGER CHANGE AND AUTHORITY AGREEMENT

of ZOMEGA LLC

This Manager Change and Authority Agreement (the "Agreement") is entered into as of the date set forth below, by and between the undersigned Members of ZOMEGA LLC, a limited liability company organized under the laws of the State of Washington (the "Company").

## RECITALS

- WHEREAS, Pablo Alberto Vega Velazco ("Vega") and Alexis Rodriguez Vasquez ("Rodriguez") are the sole Members of the Company;
- WHEREAS, Vega currently serves as Manager of the Company;
- WHEREAS, the Members desire to remove Vega as Manager and appoint Rodriguez as the new Manager of the Company;
- WHEREAS, the Members desire to authorize the newly appointed Manager to take all necessary actions, including the filing of a bankruptcy petition, for the purpose of staying the pending sale of the real property located at 928 Mosier, Washington (the "Property").
- NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth herein and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Members agree as follows:

## 1. Removal of Current Manager

Effective immediately upon execution of this Agreement, Pablo Alberto Vega Velazco is hereby removed as Manager of Zomega LLC. Vega acknowledges and agrees to the termination of all rights, powers, and authority formerly held by him in the capacity of Manager.

## 2. Appointment of New Manager

The Members hereby appoint Alexis Rodriguez Vasquez as the sole Manager of Zomega LLC effective immediately. Rodriguez shall have full authority to manage and control the business and affairs of the Company in accordance with the terms of the Operating Agreement and applicable law.

## 3. Authorization to File Bankruptcy

The Members further authorize and empower the newly appointed Manager, Alexis Rodriguez Vasquez, to take all actions necessary or appropriate, in his discretion, to protect the interests of the Company, including but not limited to:

- Filing a petition for bankruptcy relief under Chapter 11 or Chapter 7 of the United States Bankruptcy Code on behalf of Zomega LLC, and

- Taking any and all additional actions in connection with such filing, including the retention of legal counsel, preparation and submission of bankruptcy schedules, and pursuing any available remedies to stay the foreclosure or sale of the Property located at 928 Mosier, Washington.

## 4. Ratification

All actions taken by the newly appointed Manager consistent with the authority granted herein are hereby ratified, confirmed, and approved by the Members.

## 5. Governing Law

This Agreement shall be governed by and construed in accordance with the laws of the State of Washington.

## 6. Counterparts

This Agreement may be executed in counterparts, each of which shall be deemed an original and all of which together shall constitute one and the same instrument.

IN WITNESS WHEREOF, the undersigned have executed this Manager Change and Authority Agreement as of the date set forth below.

ZOMEGA LLC
By its Members:

*DocuSigned by: [signature] 6074EE009ED14B9...*

Pablo Alberto Vega Velazco
Date: 5/22/2025

*DocuSigned by: [signature] A44763809D424EF...*

Alexis Rodriguez Vasquez
Date: 5/22/2025